# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2543 Disciplinary Docket No. 3 |
| | : | |
| ROBERT PATRICK HOOPES | : | Board File No. C2-16-1100 |
| | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania, Criminal |
| | : | No. 2:16-cr-00509) |
| | : | |
| | : | Attorney Registration No. 58497 |
| | : | |
| | : | (Bucks County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2019, having received no response to a rule to show cause why Robert Patrick Hoopes should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension.  *See* Pa.R.D.E. 214(d)(2).  He shall comply with all the provisions of Pa.R.D.E. 217.